UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MICHAEL SHAW,

                Plaintiff,

                                                    ORDER
      v.                                          08-CV-504A

CREDITORS FINANCIAL GROUP,

                Defendant.

---

        The above-referenced case was referred to Magistrate Judge H. Kenneth Schroeder, Jr., pursuant to 28 U.S.C. § 636(b)(1)(B). On March 3, 2010, Magistrate Judge Schroeder filed a Report and Recommendation, recommending that the motion to dismiss for failure to prosecute be granted.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Schroeder's Report and Recommendation, defendant's motion to dismiss for failure to prosecute is granted.

        The Clerk of Court shall take all steps necessary to close the case.

        SO ORDERED.

                                          *s/ Richard J. Arcara*
                                          HONORABLE RICHARD J. ARCARA
                                          UNITED STATES DISTRICT JUDGE

DATED: March 29, 2010